United States District Court
Southern District of Texas
**ENTERED**
February 28, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

LACHEITA WORTHAM,           §
    Plaintiff,               §
                           §

v.                          §       CIVIL ACTION NO. H-18-0395
                           §

WAL-MART STORES TEXAS, LLC, §
    Defendant.               §

## CONDITIONAL ORDER OF DISMISSAL

The Court has been advised that the parties have resolved their dispute.

Therefore, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to

reinstatement of Plaintiff's claims, if any party represents to the Court on or before

**April 16, 2018**, that the settlement could not be completely documented and finalized.

SIGNED at Houston, Texas, this 28th day of **February, 2018**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

C:\Users\sheliaashabranner\AppData\Local\Temp\notesC9AA6C\0395Conditional.wpd   180228.1626